UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00028-LEW |
| ) | |
| MARC KARUN ) | |

### MOTION FOR LEAVE TO DISMISS INDICTMENT

NOW COMES the United States of America, by and through Darcie N. McElwee, United States Attorney for the District of Maine, and Chris Ruge, Assistant United States Attorney, and, pursuant to Federal Rule of Criminal Procedure 48(a), moves for leave to dismiss the indictment against Marc Karun in the above-captioned matter. Further prosecution of this matter is no longer in the interest of justice.

An unsigned copy of the government's anticipated Notice of Dismissal is attached hereto for the Court's reference.

Date:   December 12 , 2022                Respectfully submitted,

                                          DARCIE N. MCELWEE
                                          United States Attorney

                                  BY:    /s/ CHRIS RUGE
                                          CHRIS RUGE
                                          Assistant United States Attorney

CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2022, I electronically filed the forgoing Motion for Leave to Dismiss Indictment with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Harris A. Mattson, Esq., at harris@bangorcriminallaw.com

                                DARCIE N. MCELWEE
                                United States Attorney

BY:   /s/ Chris Ruge
          Chris Ruge
          Assistant United States Attorney
          U.S. Attorney's Office
          202 Harlow Street, Suite 111
          Bangor, ME 04401
          (207) 945-0373
          chris.ruge@usdoj.gov