**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-cr-00028-LEW** |
| | ) | |
| **MARC KARUN** | ) | |

## NOTICE OF DISMISSAL

NOW COMES the United States of America, by and through Darcie N. McElwee, United States Attorney for the District of Maine, and Chris Ruge, Assistant United States Attorney, and, pursuant to Federal Rule of Criminal Procedure 48(a) and with leave of the Court, dismisses the indictment in the above-captioned matter.

Date:   December 12, 2022                    Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

BY:   **/s/  CHRIS RUGE**
CHRIS RUGE
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 12, 2022, I electronically filed the forgoing Notice of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Harris A. Mattson, Esq., at <u>harris@bangorcriminallaw.com</u>

DARCIE N. MCELWEE
United States Attorney

BY:    /s/ Chris Ruge
Chris Ruge
Assistant United States Attorney
U.S. Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373
chris.ruge@usdoj.gov